UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAC DAVID COCHRAN, | 1:13-cv-00551-AWI-GSA (HC) |
|     Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT |
|  v. | |
| RALPH DIAZ, | (DOCUMENT #10) |
|     Respondent. | |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On May 9, 2013, petitioner filed an application to proceed in forma pauperis. Due to the fact that petitioner paid the filing fee for this action on April 18, 2013, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

    IT IS SO ORDERED.

**Dated:   May 14, 2013**            **/s/ Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE